Case 2:21-cr-00588-JFW   Document 9   Filed 12/21/21   Page 1 of 3   Page ID #:49

FILED
CLERK, U.S. DISTRICT COURT
12/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___hc___ DEPUTY

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER C. KENDALL (Cal. Bar. No. 274365)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
BENEDETTO L. BALDING (Cal. Bar No. 244508)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2576/2274
     Facsimile: (213) 894-0142
     E-mail:    christopher.kendall@usdoj.gov
                benedetto.balding@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br>                v. <br><br> MARCO ANTONIO SANTILLAN VALENCIA, et al., <br><br>          Defendants. | CR 2:21-cr-00588-JFW <br><br> [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS <br><br> **(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this

//
//
//
//

order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

| | |
|---|---|
| December 21, 2021 | /s/ |
| DATE | UNITED STATES MAGISTRATE JUDGE |

~~**OR IN CASE OF DENIAL:**~~

~~The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.~~

DATE                                    UNITED STATES MAGISTRATE JUDGE